# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| CHRISTIN LONG, Individually and as a representative of the class, | |
| | Case No. 5:19CV01711 |
| Plaintiff, | Judge John R. Adams |
| v. | **HOUSEKEEPING ORDER** |
| NUCO EDUCATION CORPORATION (dba "FORTIS COLLEGE") and EDUCATIONAFFILIATES, | |
| Defendants. | |

The Court has been informed by counsel for all parties that this matter has been resolved. Accordingly, this matter is dismissed without prejudice. The parties have sixty (60) days from the date of this Order to file a stipulation of dismissal with prejudice, and any settlement materials that they wish to place on the docket. Settlement materials may be filed under seal. The Court retain jurisdiction over the settlement.

It is further ORDERED that all dates and deadlines are adjourned in light of the settlement, including the Case Management conference scheduled for October 7, 2020 at 12:00 p.m.

IT IS SO ORDERED.

Dated: October 5, 2020                         s/John R. Adams
                                               JOHN R. ADAMS
                                               UNITED STATES DISTRICT JUDGE